FILED
 2008 Jan-07 PM 04:54
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **PRESTON TALBERT ASHLEY,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-HS-37-S |
| | ) |
| **GWENDOLYN MOSLEY, WARDEN;** | ) |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on November 29, 2007, recommending that the petition for writ of habeas corpus be denied. On December 7, 2007 petitioner's copy of the findings and recommendation was returned by the Postal Service stamped "RETURNED TO SENDER–not here." On December 10, 2007 an order was entered directing the clerk to mail another copy of the findings and recommendation to Mr. Ashley at his current place of confinement. The order allowed Mr. Ashley until December 27, 2007 in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his

recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DENIED**.  A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 7th day of January, 2008.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge